UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:04-CR-120 |
| V. ) | (JORDAN/SHIRLEY) |
| ) | |
| ) | |
| KEVIN BRUCE COOPER ) | |

ORDER OF TEMPORARY DETENTION

The defendant appeared for an initial appearance on a Petition for Action on Conditions of Pretrial Release on August 2, 2006. William Mackie, Assistant United States Attorney was present representing the government and the defendant was not represented by counsel. The defendant was present. The Court learned that defendant's attorney, Joe Costner, was on vacation and was unable to appear in Court.

The defendant was previously placed on an Order Setting Conditions of Release on August 19, 2004. Condition 3 states that the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

A Petition for Action on Conditions of Pretrial Release was filed by defendant's pretrial services officer on November 10, 2005, stating the following violation: that Defendant Kevin Bruce Cooper was directed to self report to FCI Butner on October 7, 2005. The Federal Bureau of Prisons notified Pretrial Services on November 8, 2005, that Defendant Kevin Bruce Cooper did not report to prison as directed. Judge Jordan signed that Petition and

Ordered defendant arrested.

At the 18 U.S.C. § 3148 hearing on August 2, 2006, the Court rescheduled the hearing for **August 14, 2006,** at **9:30 a.m.**, before the undersigned in order to have Mr. Joe Costner, counsel for the defendant, present at the hearing. The defendant shall be held in custody by the United States Marshal until that time and shall be produced for the above scheduled hearing.

**IT IS SO ORDERED:**

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge