UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA      )
       )
       )    No. 3:04-CR-120
V.       )    (JORDAN/SHIRLEY)
       )
       )
KEVIN BRUCE COOPER      )

ORDER

The defendant appeared for an hearing on a Petition for Action on Conditions of Pretrial Release on August 14, 2006. Charles Atchley, Jr., Assistant United States Attorney was present representing the government and Joe Costner was present representing the defendant. The defendant was present.

The defendant was previously placed on an Order Setting Conditions of Release on August 19, 2004. Condition 3 states that the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

A Petition for Action on Conditions of Pretrial Release was filed by defendant's pretrial services officer on November 10, 2005, stating the following violation: that Defendant Kevin Bruce Cooper was directed to self report to FCI Butner on October 7, 2005. The Federal Bureau of Prisons notified Pretrial Services on November 8, 2005, that Defendant Kevin Bruce Cooper did not report to prison as directed. Judge Jordan signed that Petition and Ordered defendant arrested.

At the 18 U.S.C. § 3148 hearing on August 14, 2006, counsel for the defendant stated the defendant admitted to violation of the Order Setting Conditions of Release as alleged and wished to waive any hearing he may be entitled to and begin serving his sentence as originally imposed.    The Court therefore finds the defendant to be in violation of conditions of his release by clear and convincing evidence and that the defendant is no longer entitled to release the Court finding that he is a flight risk and unlikely to abide by any condition or combination of conditions of release.  Therefore, defendant is ordered detained and is ordered to begin serving his sentence as originally imposed.

## IT IS SO ORDERED:


     s/ C. Clifford Shirley, Jr.
United States Magistrate Judge